# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM OLIVER SMITH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72281

**FILED**

FEB 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant has filed a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. *See* NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Douglas W. Herndon, District Judge
        William Oliver Smith
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk
        Clark County Public Defender

17-06815